FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 07, 2021, 7:18am
Michelle Rynne, Clerk of Court

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| | Return | |
|---|---|---|
| Case No.: 21-00182 KJM | Date and time warrant executed: February 18, 2021 at 1200 | Copy of warrant and inventory left with: Device |
| Inventory made in the presence of: N/A | | |

Inventory of the property taken and name(s) of any person(s) seized:

Digital data forensically extracted from device.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: March 7, 2021

*Executing officer's signature*

Ryan K. Faulkner, Special Agent, HSI
*Printed name and title*

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☐ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Two black cellular phones seized on November 19, 2019, currently located at a HSI Evidence Storage Facility in Honolulu, Hawaii | )<br>)<br>)   Case No.  21-00182 KJM<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Hawaii _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ____February 23, 2021____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to __Kenneth J. Mansfield, United States Magistrate Judge__.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   February 9, 2021 at 3:40 p.m.                                 *[signature]*

City and state:   Honolulu, Hawaii                                                                Kenneth J. Mansfield
                                                                                                                        United States Magistrate Judge